FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 25 2019
ARTHUR JOHNSTON
BY ______ DEPUTY

Johnson Jr.
(Last Name) (Identification Number)

ALLEN
(First Name) (Middle Name)

Hinds County Dentention Center Jacrson
(Institution)

407 E. Pascagoula
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V. CIVIL ACTION NUMBER: 3:19-cv-761-DPJ-FKB
(to be completed by the Court)

Hinds County

Sheriff Victor Mason Et'al

M.W 5530 Mike Wrozen

AB3167 Andrew Baldwin/Baldwin

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ) No (X)

B. Are you presently incarcerated?
Yes (X) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (X)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (X)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (X)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: ALLEN JOHNSON JR. Prisoner Number: 770019096

Address: 407 E. Pascagoula St Hinds county Detention JACKSON MISSISSIPPI 39201

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Victor Mason is employed as Sheriff OF Hinds county at 126 Court St. Raymond MS. 39154

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| ALLEN JOHNSON JR. | 407. E. Pascagoula St. Jackson MS. 39201 |
| | |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Hinds County / victor Mason | 126 Court St. Raymond MS. 39154 |
| Mike Worten | 126 Court St. Raymond MS. 39154 |
| Andrew Baldwin | 126 Court St. Raymond MS. |
| | |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( X ) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: Mississippi Department OF Corrections

2. Court (if federal court, name the district; if state court, name the county): Northern District /Moved to Southren back to Northren

3. Docket Number: Dont remember

4. Name of judge to whom case was assigned: Dont remenbe

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) I was moved around from district to district Paper work got lost in process

CASE NUMBER 2.

1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

So kept driving to a area of light, in a drive way.
I placed my wallet up over my sunvisor in my van after taking
my I.D. out. In case the person in the truck is not law-
enforcement.
I walked down to the street "edge" of the drive way.
A Caucasian male got out of the truck. He asked me who's
Van is that.? I answered mines. He said let me have
some I. D. on you. I passed him my I. D.
He then grab my left arm, and begin pushing it upwards
from behind. I asked he what are you doing.
He said hold up I'm not trying to arrest you.
I asked well what you doing? He put some kind of take
down move on me. I yelled out for any one's attention.
I punched me on my fore-head. I rolled my head from
side to make him miss with his punches we were in the
middle of the street "Lee" street. He was on top of me
I balled my legs up underneath of him and pushed him up
off of me. I got up on my feet he rushed me grab my arms
I grab his. I noticed movement to my right side.
Some one said you black mother F--ker. I was then
struck on the right side of my face - The blow dazed
Me, knocking my head to the left.
I turn to see what hit me I saw something purple to
pink is brass object in the hand of the person hitting me.

I was struck again if not for Mike Worten holding me up I would have went down the second blow busted my face open I could feel the blood runnig hot down the right side of my neck. I was released by Mike Worten. In the process of falling I was Tased my rib cage seem to have exploded.
I was picked up, and held up against the side of the pickup. The person whom hit me with whatever he had, and Tased me was a white male approximatelly 6'3" to 6'4" I remembered the last name from when he was a detention officer at the Raymond jail years back. He is Officer Andrew Baldwin.
No-one else was on the scence. These were the (2) two officer who Never identified themselves as law officers. who never ordered me to do anything. I was beaten, and when the rest of the officers came from the Road block they had up Savanna St. A amblance came I was placed in the amblance Hog tied with bandages No-one of the two officer had handcuff.
Both the pick-up Mike Worten, and the squad Car Andrew Baldwin were parked on side of Lee St. There were about (5) five or (6) six officer that came after I was beaten.
Everyone who was arrested during that time from that Road block in the holding tank at Raymond dentention that night from Savanna St had knots on their head and or busted lips.
I was worst for wear.
I was taken to Merit Health Hospital where I received (11) eleven stitches to the right side of my face.
There after transported to Raymond Detention where I was charged with Assault on a officer amongst other charges.
I live with the anguish, and fear, retention, both physically and Mentally.

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

ON the 2nd of November at approximately 10:15pm I entered Savanna St, from Archer. Archer St had some constuction underway at that time at the Stop sign was a trench with gravel. After pulling onto Savanna a pickup truck pulled behind me with blue lights in the grill. I slowed down to maybe 15 rpm there was No Government decal on the truck the windows were dark tinted.

concluded on Attached page A-4 of 4

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I'am requesting (2) Two (100) hundred and 50 fifty (1000) Thousand dollars for my agony, and these officers be punished for their actions, Plus any other Relief this Court deems appropriate.

Signed this 23rd day of October, 2019.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Allen Johnson Jr.
Signature of plaintiff